OPINION — AG — ** POLLUTION CONTROL — EMISSION — MOTOR VEHICLES ** (1) 47 O.S. 856.1 [47-856.1] AUTHORIZES A VISUAL INSPECTION TO DETERMINE WHETHER OR NOT THE FEDERALLY REQUIRED EMISSION CONTROL EQUIPMENT ON CERTAIN VEHICLES IS MAINTAINED IN GOOD WORKING ORDER. (2) A LEAD SENSITIVE "PLUMBTESO" TEST OF THE TAILPIPES IS AN AUTHORIZED INSPECTION TECHNIQUE AS CONTEMPLATED BY 47 O.S. 856.1 [47-856.1] (AUTOMOBILES, AIR QUALITY) CITE: 47 O.S. 856.1 [47-856.1], 47 O.S. 856.1 [47-856.1](A)(1), 47 O.S. 856.1 [47-856.1](C), 47 O.S. 856.1 [47-856.1](B), 47 O.S. 856.1 [47-856.1](D) (SARA J. DRAKE)